### EATONTON MOTOR COMPANY *v.* BROADFIELD.

PER CURIAM. 1. "Creditors without lien can not, as a general rule, enjoin their debtors from disposing of their property, nor obtain injunction or other extraordinary relief in equity." Civil Code (1910), § 5495. "The power of appointing receivers and ordering injunctions should be prudently and cautiously exercised, and except in clear and urgent cases should not be resorted to." Civil Code (1910), § 5477.

2. The facts in this case do not bring it within any exception to the general rules, the plaintiff showing no lien upon or title to the property of the defendant. · *Judgment reversed. All the Justices concur.*

No. 7693. FEBRUARY 21, 1931. REHEARING DENIED FEBRUARY 28, 1931.

*R. C. Jenkins, E. R. Lambert,* and *Brock, Sparks & Russell,* for plaintiffs in error.

*Sibley & Sibley, Joseph B. Duke,* and *S. T. Wingfield,* contra.